FILED

2022 Nov-23  PM 06:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 241 (Rev. 10/16)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Michael Terrell Williams

Plaintiff-Petitioner

*(Full name under which you were convicted)*

Place of Confinement: ST. Clair Correctional Fac.

Prisoner No.: 329980

-v-

ST. Clair Correctional Facility

*(Name of Warden, Superintendent, Jailer, or authorized person having custody of petitioner)*

and

THE ATTORNEY GENERAL OF THE STATE OF ALABAMA

7:22cv 1475-ACA-NAD

Civil Action No.

*(to be filled in by the Clerk's Office)*

## PETITION

1.  (a)  Name and location of court that entered the judgment of conviction you are challenging. Do not use this form unless you were convicted in one of the following counties: BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURNE, COLBERT, CULLMAN, DEKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON. Tuscaloosa County Courthouse 714 Greensboro Ave, Tuscaloosa, Al 35401

    (b)  Criminal docket or case number (if you know): _____

2.  (a)  Date of the judgment of conviction (if you know): _____

    (b)  Date of Sentencing: May 18, 2022

1

3.    Length of Sentence: ___20 Years_____

4.    In this case, were you convicted on more than one count or more than one crime?  ☒ Yes    ☐ No

Sexual abuse 1st, Production of Child Porn (under 17), dessimentation

6.    (a)    What was your plea?  (Check one)

☐    (1)    Not guilty                    ☐    (3)    Nolo contendere (no contest)

☒    (2)    Guilty                        ☐    (4)    _____

(b)    If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

(c)    If you went to trial, what kind of trial did you have? (Check one)

☐    Jury              ☐    Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐    Yes          ☒    No

8.    Did you appeal from the judgment of conviction?

☐    Yes          ☒    No

9.    If you did appeal, answer the following:

(a)    Name of court: _____

(b)    Docket or case number (if you know): _____

(c)    Result: _____

(d)    Date of result (if you know): _____

(e)    Citation to the case (if you know): _____

(f)    Grounds raised: _____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1)    Name of court: _____

(2)    Docket or case number (if you know): _____

(3)    Result: _____

_____

(4)    Date of result (if you know): _____

(5)    Citation to the case (if you know): _____

(6)    Grounds raised: _____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1)    Docket or case number (if you know): _____

(2)    Result: _____

_____

(3)    Date of result (if you know): _____

(4)    Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1)    Name of court: _____

(2)    Docket or case number (if you know): _____

(3)    Date of filing (if you know): _____

(4)    Nature of the proceeding: _____

(5)    Grounds raised: _____

_____

3

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your petition, application, or motion?    ☐ Yes   ☒ No

(7)  Result: 

(8)  Date of result (if you know): _____

(b)  If you filed any second petition, application, or motion, given the same information:

(1)  Name of court: _____

(2)  Docket or case number (if you know): 

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6)  Did you receive a hearing where evidence was given on your petition, application, or motion?    ☐ Yes   ☒ No

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  If you filed any third petition, application, or motion, give the same information:

(1)  Name of court: 

(2)  Docket or case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: 

_____

_____

_____

_____
_____
_____
_____

(6)    Did you receive a hearing where evidence was given on your petition, application, or motion?    ☐ Yes  ☒ No

(7)    Result: _____

(8)    Date of result (if you know it): _____

(d)    Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)    First petition:    ☐ Yes  ☒ No

(2)    Second petition:    ☐ Yes  ☒ No

(3)    Third petition:    ☐ Yes  ☒ No

(e)    If you did not appeal to the highest state court having jurisdiction, explain why you did not:
I did not Know I could. My attorney Chadwick Barnett did not inform me.

12.    For this petition, state *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date in a second or successive habeas corpus petition.

GROUND ONE: New evidence /witness _____

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
The new evidence pretains to a new witness-Which is the actual person in the video to case "CC-21-889.

# Ground One Continued

The new witness Kayla Perrigin, has wrote an affadavit of Non-Prosecution on my behalf stating that she is indeed the woman in case "CC-21-889, and she would like the courts to drop the charge of sexual abuse 1st.

I do not have that affadavit as she filed it to the Tuscaloosa County Courthouse. She contest that she is indeed the person in the video, and not the alleged victim Angel Boisclair. Kayla Perrigin is able to identify herself as she claims.

Kayla Perrigin lives at 719 4th St NE, Gordo, AI 35466.

The alleged victim says she was at 4501 East McFarland Blvd #212 Tuscaloosa, AI 35404 and at American Best, but those are two complete different places, and there is no record of me being present at the alleged time/date of 11-01-18 - 12-31-18. There would not be any record of me being at either places at the exact date as listed above

Also I have the exact date of which the video of case cc-21-889 was created, and the dates will not match up. The video was created at a much later date.

The witness testifies that she is in fact the woman in video of case CC·21-884 and ~~court~~ the claiming victim "Angel Boisclair" is not the woman in the video.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue: ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why. _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court.    Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

6

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise the issue: _____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

_____

Evidence - Place of incident.

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

There was not a DNA Test, or any medical reviews to prove ~~that~~ I drugged the so-called victim. There are nothing ore files to show or prove I was at the location / hotel that the alleged victim says the incident took place, I was never at the place she says it happened at.

(b)    If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1)    If you appealed from the judgment of conviction, did you raise this issue. ☐ Yes ☐ No

(2)    If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1)    Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    ☐ Yes    ☐ No

(2)    If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)    Did you receive a hearing on your motion or petition?    ☐ Yes ☐ No

(4)    Did you appeal from the denial of your motion or petition?    ☐ Yes ☐ No

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes    ☐ No

(6)    If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)    If your answer to Question (d)(5) or Question (d)(6) is "No," explain why you did not raise the issue:

_____

_____

8

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two. _____

_____

_____

_____

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____

_____

_____

_____

_____

(b)    If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

(1)    If you appealed from the judgment of conviction, did you raise this issue: ☐ Yes ☐ No

(2)    If you did not raise this issue in your direct appeal, explain why:

_____

(d)    **Post-Conviction Proceedings:**

(1)    Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court:    ☐ Yes ☐ No

(2)    If your answer to Question (d)(1) is "Yes," state:

The type of motion or petition:

Name and location of the court where the motion or petition was filed:

_____

9

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3)    Did you receive a hearing on your motion or petition?        ☐ Yes    ☐ No

(4)    Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes    ☐ No

(6)    If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not

raise the issue: _____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

_____

_____

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____

_____

_____

10

_____

_____

(b)    If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1)    If you appealed from the judgment of conviction, did you raise this issue: ☐ Yes ☐ No

(2)    If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1)    Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court.    ☐   Yes   ☐   No

(2)    _____

Type of motion or petition:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)    Did you receive a hearing on your motion or petition?    ☐   Yes   ☐   No

(4)    Did you appeal from the denial of your motion or petition?    ☐   Yes   ☐   No

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐   Yes   ☐   No

(6)    If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed:

_____

11

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state

court having jurisdiction?    ☐ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s)

for not presenting them: _____

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so,

which ground or grounds have not been presented, and state your reasons for not presenting

them: _____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the

conviction that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the

issues raised, the dates of the court's decisions, and the result for each petition, application, or motion filed.

Attach a copy of any court opinion or order, if available.

12

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☒ No

_____ the issues raised.

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)    At the preliminary hearing: _____

_____

(b)    At arraignment and plea: _____

_____

(c)    At trial: _____

_____

(d)    At sentencing:  @ Chadwick Barnett

_____

(e)    On appeal: _____

_____

(f)    In any post-conviction proceeding: _____

_____

(g)    On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☒ No

(a)    If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b)    Give the date the other sentence was imposed: _____

(c)    Give the length of the other sentence: _____

(d)      Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be

served in the future:    ☐   Yes   ☐   No

must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar

your petition.[1]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d)

custody pursuant to the judgment of a state court. The limitation period shall run from the latest of—

(A)      the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

(B)      the date on which the impediment to filing an application created by state action in violation of the
Constitution or laws of the United States is removed, if the applicant was prevented from filing by
such state action;

(C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court
and made retroactively applicable to cases on collateral review; or

(D)      the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

(2)      The time during which a properly filed application for state post-conviction or other collateral review with
under this subsection.

14

Therefore, petitioner asks that the court grant the following relief: Dismissal / Termination of Charge Sexual abuse 1st, CC-21-889.

_____

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison on 11-9-22 (month, date, year).

Executed (signed) on 11-9-22
(date)

_____
Signature of Petitioner

16