FILED
2023 Feb-10 PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The United States District Court

Northern District Of Alabama

Western Division.

2023 FEB 10  A. 11: 05

DIST. OF ALABAMA

MICHAEL T. WILLIAMS,

Petitioner,

vs.

Case # No. 7:22-cv-01475-
ACA-NAD

Warden Guy Noe.
Respondent.

PETITIONER'S RESPONSE TO ORDER TO SHOW CAUSE.

Comes Now, The Petitioner By Way of Pro-Se Litigation Files This Response To The Court's January 23, 2023 Order To Show Cause.

The Petitioner Respectfully Moves This Honorable Court To Dismiss Without Prejudice The 2254 Habeas Corpus Petition Filed On November 21, 2022 Challenging His May 2022 Convictions. Thus Allowing Him To Exhaust All Available Remedy In State Court By Allowing Him To Re-File The I of 2, 3rd Petition.