FILED

2023 Feb-13 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL TERRELL WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | Case No. 7:22-cv-01475-ACA-NAD |
| | ) | |
| **ST. CLAIR CORRECTIONAL, FACILITY, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## DISMISSAL ORDER

Petitioner Michael Terrell Williams filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The magistrate judge assigned to this case ordered Mr. Williams to show cause as to why his petition should not be dismissed for failure to exhaust his state court remedies. (Doc. 4). In his response, Mr. Williams moves the court to dismiss his habeas petition to allow him to exhaust his state court remedies. (Doc. 5).

Construing Mr. Williams's response (doc. 5) as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1), the court **GRANTS** Williams' motion and **DISMISSES** this petition **WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this February 13, 2023.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE